FILED
2010 Oct-28 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| CLAUDIA SMITH, et al, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:09-CV-2046-VEH |
| | ) |
| WESTERN SIZZLIN | ) |
| CORPORATION, and INVESTORS | ) |
| MANAGEMENT, LLC d/b/a | ) |
| WESTERN SIZZLIN OXFORD, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This matter is before the court on the Defendants' Motion for Summary Judgment (Doc. 28). For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the court orders that the Defendants' Motion for Summary Judgment is due to be and it hereby is **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** and Judgment is entered as follows:

1)     in favor of Defendants, Western Sizzlin Corporation and Investors Management, LLC d/b/a Western Sizzlin Oxford, against Plaintiff Keaton Williams on all of the claims asserted by Keaton Williams;

2)     in favor of Defendants, Western Sizzlin Corporation and Investors

Management, LLC d/b/a Western Sizzlin Oxford, against Plaintiff DeVion Smith on his claims under Title III of the ADA;

3) in favor of Defendant, Western Sizzlin Corporation, against Plaintiffs Claudia Smith, LaCrysta Scott, Anitra S. Johnson, Shameka Tyus, Lakisha White, Vergena Richardson, Felecia Brown, Nichelle Smith, Jadi Montgomery, DeAnidra Burns, DeVion Smith, Keilynn Williams, Cierra Dobbins, Temecha Boseman, and Kahlee Jenkins, on all of their breach of contract claims;

4) in favor of Defendants, Western Sizzlin Corporation and Investors Management, LLC d/b/a Western Sizzlin Oxford, against Plaintiffs Claudia Smith, LaCrysta Scott, Anitra S. Johnson, Shameka Tyus, Lakisha White, Vergena Richardson, Felecia Brown, Nichelle Smith, Jadi Montgomery, DeAnidra Burns, DeVion Smith, Keilynn Williams, Cierra Dobbins, Temecha Boseman, and Kahlee Jenkins, on their race discrimination claims pursuant 42 U.S.C. § 1981; false imprisonment claims; and claims of negligent supervision and negligent training, libel, and intentional infliction of emotional distress;

5) in favor of Defendant, Investors Management, LLC d/b/a Western Sizzlin Oxford, against Plaintiff Kahlee Jenkins on her breach of

contract claim for an unfinished meal;

6) in favor of Defendant, Investors Management, LLC d/b/a Western Sizzlin Oxford, against Plaintiffs Claudia Smith, LaCrysta Scott, Anitra S. Johnson, Shameka Tyus, Lakisha White, Vergena Richardson, Felecia Brown, Nichelle Smith, Jadi Montgomery, DeAnidra Burns, DeVion Smith, Keilynn Williams, Cierra Dobbins, Temecha Boseman, and Kahlee Jenkins, on their breach of contract claims regarding the use of a private room.

The Motion of the Defendants for Summary Judgment (doc. 28) is otherwise **DENIED**. Specifically, only the following claims remain for trial: the claims of Plaintiffs Claudia Smith, LaCrysta Scott, Anitra S. Johnson, Shameka Tyus, Lakisha White, Vergena Richardson, Felecia Brown, Nichelle Smith, Jadi Montgomery, DeAnidra Burns, DeVion Smith, Keilynn Williams, Cierra Dobbins, and Temecha Boseman, against Defendant Western Sizzlin Oxford for breach of contract regarding their unfinished meals.

**DONE** and **ORDERED** this the 28th day of October, 2010.

**VIRGINIA EMERSON HOPKINS**
United States District Judge